**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**SAMY ISHAK BARSOUM GHOBRIAL,**

Plaintiff,

- against -

**JUDGMENT**
CV 26-2035 (AYS)

**TODD BLANCHE** *Attorney General of the United States*, ***MARKWAYNE MULLIN*** *Secretary for the Department of Homeland Security ("DHS")*, ***JOSEPH B. EDLOW*** *Director of U.S. Citizenship and Immigration Services ("USCIS")*,

Defendants.
-----------------------------------------------------------X

An Order of Remand of Honorable Anne Y. Shields, United States Magistrate Judge, having been filed on June 26, 2026; remanding Plaintiff's Complaint and all claims therein to United States Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party, subject to the provisions of paragraphs 2 and 3 contained in the order, and without prejudice to Plaintiff's right to reinstate if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-440) within sixty (60) days of the order, and if Plaintiff fails to reinstate this action between 61 and 90 days from the date of the order the action shall be deemed to be dismissed with prejudice; and directing the Clerk of Court to enter judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff's Complaint and all claims therein are remanded to USCIS pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party; that remand is without prejudice to Plaintiff's right to reinstate if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-440) within sixty (60) days of the order; that if Plaintiff fails to reinstate this action between 61 and 90 days from the

date of the order, the action shall be deemed to be dismissed with prejudice; and that this case is closed.

Dated: July 9, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: /s/ Grisel Ortiz
Deputy Clerk